NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1637

CAPITAL BRIDGE CO., LTD.,

Plaintiff-Appellant,

v.

IVL TECHNOLOGIES, LTD.,

Defendant-Appellee,

and

MEMCORP, INC. and CRAIG ELECTRONICS, INC.,

Defendants.

Brian L. Wamsley, Goodwin Procter LLP, of New York, New York, argued for plaintiff-appellant. On the brief was Anthony H. Handal, Brown Rudnick Berlack Israels, LLP, of New York, New York.

Daniel P. Burke, Daniel P. Burke & Associates, PLLC, of Hauppauge, New York, argued for defendant-appellee. With him on the brief was Georgia Damoulakis.

Appealed from: United States District Court for the Southern District of New York

Judge Kenneth M. Karas

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1637

CAPITAL BRIDGE CO., LTD.,

Plaintiff-Appellant,

v.

IVL TECHNOLOGIES, LTD.,

Defendant-Appellee,

and

MEMCORP, INC. And CRAIG ELECTRONICS, INC.,

Defendants.

# Judgment

ON APPEAL from the        United States District Court for the Southern District of
                          New York

in CASE NO(S).           04-CV-4002

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, SCHALL, <u>Circuit Judge</u>, and BUCKLO[i],
<u>District Judge</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>August 10, 2007</u>          <u>/s/  Jan Horbaly</u>
                                  Jan Horbaly, Clerk

---

[i] Honorable Elaine E. Bucklo, District Judge, United States District Court for the
Northern District of Illinois, sitting by designation.